Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:  (213) 572-4300
Facsimile:   (213) 572-4400

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT
CAPITOL RECORDS, INC.; BMG MUSIC;
VIRGIN RECORDS AMERICA, INC.; AND UMG
RECORDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiff,<br>  v.<br><br>LEE SAECHAO,<br><br>        Defendant. | Case No.:  2:06-CV-01118-LKK-GGH<br><br>Honorable Lawrence K. Karlton<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; and ORDER** |

WHEREAS the Court has scheduled a Status (Pretrial Scheduling) Conference for July 24, 2006 at 3:30 p.m.;

WHEREAS Defendant Lee Saechao ("Defendant") filed and served his Answer with Affirmative Defenses and Counterclaims on or about July 13, 2006;

WHEREAS the parties have not had an opportunity to meet and confer per the Court's Order Setting Status (Pretrial Scheduling) Conference ("Order") and/or file a Status Report ten days before the conference;

1   WHEREAS the parties are actively involved in negotiating a settlement in this matter and are
2   hopeful that a settlement may be agreed upon within thirty (30) days;
3   IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their
4   respective counsel, that the Status (Pretrial Scheduling) Conference be continued to August 28, 2006
5   at 3:30 p.m. before Judge Lawrence K. Karlton in Courtroom 4 of the above-entitled Court.  As set
6   forth in the Court's Order, the parties are to submit a Joint Status Report not later than 4:30 p.m., ten
7   days preceding the conference.

8   DATED:  July 18, 2006         LEEMORE LIBESMAN
                                  HOLME ROBERTS & OWEN LLP

                                  By:      */s/ Leemore Libesman*
                                       Leemore Libesman
                                       Attorney for Plaintiffs
                                       SONY BMG MUSIC ENTERTAINMENT
                                       CAPITOL RECORDS, INC.; BMG MUSIC;
                                       VIRGIN RECORDS AMERICA, INC.;
                                       AND UMG RECORDINGS, INC.

DATED:  July 18, 2006             ROY S. GORDET
                                  LAW OFFICES OF ROY S. GORDET


                                  By:      */s/ Roy S. Gordet*
                                       Roy S. Gordet
                                       Attorney for Defendant
                                       LEE SAECHAO

**The parties' stipulation above is approved, save and except that the court ORDERS that the Status Conference is CONTINUED to September 11, 2006 at 3:30 p.m.**

   IT IS SO ORDERED.

DATED:  July 21, 2006
                                       _____
                                       Honorable Lawrence K. Karlton
                                       United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#2420 v1