UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
BMG MUSIC, a New York general
partnership; VIRGIN RECORDS
AMERICA, INC., a California
corporation; and UMG RECORDINGS,
INC., a Delaware corporation,

    Plaintiffs.

v.

LEE SAECHAO

    Defendant.
_____/

NO. Civ.S-06-1118 LKK/GGH

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff and counsel for defendant have informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

    IT IS SO ORDERED.

    DATED: September 7, 2006.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2